IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02232-REB-MJW

ELLEN COOK,

Plaintiff(s),

v.

JUNIPER MEADOWS, L.P.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 25) is DENIED WITHOUT PREJUDICE. The parties shall re-file their Stipulated Motion for Protective and attach a **separate** written Protective Order that contains at the end of such Protective Order a date block and a signature block for the court's signature. In addition, the parties shall submit their proposed stipulated Protective Order in Word or WordPerfect format, as an attachment to the email, addressed with the case number and case caption to: watanabe_chambers@cod.uscourts.gov.

Date: January 27, 2009