IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02232-REB-MJW

ELLEN COOK,

Plaintiff(s),

v.

JUNIPER MEADOWS, L.P.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion for Entry of Confidentiality Stipulation and Protective Order (docket no. 27) is GRANTED finding good cause shown. The written "Confidentiality Stipulation and Protective Order (docket no. 27-2) is APPROVED as amended in paragraph 23 and made an Order of Court.

Date: January 29, 2009