**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02232-REB-MJW

ELLEN COOK,

    Plaintiff,

v.

JUNIPER MEADOWS, L.P., d/b/a JUNIPER VILLAGE AT MONTE VISTA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss** [#36] filed April 7, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss** [#36] filed April 7, 2009, is **GRANTED**;

    2. That the Trial Preparation Conference set for November 13, 2009, is **VACATED**;

    3. That the jury trial set to commence November 30, 2009, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

2

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated April 7, 2009, at Denver, Colorado.

                                      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge